**Opinion issued October 10, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00737-CV

———————————

## IN RE JONATHAN AMIR ZANDI, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Jonathan Amir Zandi filed a petition for writ of mandamus, challenging the trial court's July 5, 2024 order dismissing relator's divorce suit.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

---

[1] The underlying case is *In the Matter of the Marriage of Jonathan Amir Zandi and Houda Bahri*, cause number 2023-71221, pending in the 246th District Court of Harris County, Texas, the Honorable Angela Graves-Harrington presiding.

# PER CURIAM

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.